# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED

JUN 29 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

## APPEAL TRANSMITTAL FORM

**TO:  CLERK**

**X**      **BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**

☐      **U. S. DISTRICT COURT - LOS ANGELES, CA**

☐      **U. S. DISTRICT COURT - RIVERSIDE, CA**

☐      **U. S. DISTRICT COURT - SANTA ANA, CA**      *BAP# CC-09-1222*

| |
|---|
| **Case Name:  MICHAEL ALPER VS. MIDCOAST CARE, INC., ET AL** |
| **Case No:  SV06-10733-GM** |
| **Adversary No: 09 -01101-GM** |
| **Bankruptcy Filed: 6/24/2003      Adversary Complaint filed:   3/26/09** |
| **Bankruptcy Judge:  Geraldine Mund** |
| **Entry Date of Appealed Order:  6/16/2009** |
| **Notice of Appeal Filed:  6/24/2009** |
| **Notice of Appeal Mailed to Parties in Interest:    6/29/09** |

RECEIVED
Harold S. Marenus, Clerk
U.S. BRCY.APP.PANEL
OF THE NINTH CIRCUIT

JUL - 8 2009

FILED
DOCKETED_____
DATE        INITIAL

**TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS :**

[  ]      Appeal Deficiency Notice to Appellant

[  ]      Motion for Leave to Appeal

[  ]      Answer in Opposition to Motion for Leave to Appeal

[  ]      Motion(s) filed under BR 8002(b)

[X]      Notice of Appeal

[X]      Notice of Referral

[X]      Copy of Court Docket:  [ ] Bk. Case [X] Adversary  [ ]  Full [X] Partial

[  ]      Other:_Appeal Deficiency Notice_____

**COMMENTS:**_____

_____

**DATED:__6/29/09_____**

**JON D. CERETTO**
**Clerk of Court**

**By:_Patty Flores Garcia_**
**Deputy Clerk**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**\*PLEASE ACKNOWLEDGE RECEIPT OF THE ABOVE-REFERENCED DOCUMENTS\***

**Date Received:_____**      **By:_____**

**ASSIGNED BAP/DC NO:_____**

**TRANSMITTAL FORM**

APPEALS : TRANSMIT (5/96)

CSV

1  JOSHUA M. BRIONES (State Bar No. 205293)
   joshua.briones@dlapiper.com
2  ANA TAGVORYAN (State Bar No. 246536)
   ana.tagvoryan@dlapiper.com
3  **DLA PIPER LLP (US)**
   1999 Avenue of the Stars, Suite 400
4  Los Angeles, CA 90067-6023
   Tel: 310.595.3000
5  Fax: 310.595.3300

6  MARK A. NADEAU (*Admitted Pro Hac Vice*)
   mark.nadeau@dlapiper.com
7  LAURA M. KAM (*Admitted Pro Hac Vice*)
   laura.kam@dlapiper.com
8  CAMILLA BUTLER (*Admitted Pro Hac Vice*)
   camilla.butler@dlapiper.com
9  **DLA PIPER LLP (US)**
10 2525 East Camelback Road, Suite 1000
   Phoenix, AZ 85016-4232
11 Tel: 480.606.5100
   Fax: 480.606.5101
12
   Attorneys for Defendants NAUTIC PARTNERS, LLC, CHISHOLM PARTNERS IV, L.P.,
13 CHISHOLM MANAGEMENT IV, L.P., FLEET EQUITY PARTNERS VI, L.P., FLEET VENTURE
   RESOURCES, INC., and KENNEDY PLAZA PARTNERS II, LLC
14
15 JONATHAN L. KOTLIER (*Admitted Pro Hac Vice*)
   jkotlier@nutter.com
16 **NUTTER, McCLENNEN & FISH**
   World Trade Center West, 155 Seaport Blvd.
17 Boston, MA 02210
   Tel: 617.439-2000
18 Fax: 617.310.9000

19 GARY S. LINCENBERG (State Bar No. 123058)
   JOHN K. RUBINER (State Bar No. 155208)
20 jkr@birdmarella.com
   **BIRD, MARELLA, BOXER, WOLPERT,**
21 **NESSIM, DROOKS & LINCENBERG, P.C.**
   1875 Century Park East, 23rd Floor
22 Los Angeles, CA 90067
   Tel: 310.201.2100
23 Fax: 310.201.2110

24 Attorneys for Defendant SCOTT HILINSKI

25              **UNITED STATES BANKRUPTCY COURT**
26               **CENTRAL DISTRICT OF CALIFORNIA**
                **SAN FERNANDO VALLEY DIVISION**
27
28



BAP#CC-09-1222

R E C E I V E D
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

JUL – 8 2009

FILED _____
DOCKETED _____
        DATE        INITIAL

|  |  |
|---|---|
| 1 | In re | Case No. 1:06-BK-10733-GM |
| 2 |  | Chapter 7 |
|  |  | Adv. No. 1:09-AP-1101-GM |

1

2  In re

3  MERIDIAN HEALTH CARE MANAGEMENT,
   INC.,

4

5              Debtor.

6  _____

7  MICHAEL ALPER,

8              Plaintiff,

9

10      v.

11  MIDCOAST CARE, INC., a California
    corporation; DOLORES ROSS, an individual;
12  BARBARA CHEEVER, an individual; DANIEL
    MUNOZ, an individual; KAREN CALLOWAY,
13  an individual; SCOTT HILINSKI, an individual;
    CHISHOLM PARTNERS IV, L.P., a Delaware
14  corporation; FLEET EQUITY PARTNERS VI,
15  L.P., a Delaware limited partnership; KENNEDY
    PLAZA PARTNERS II, LLC, a Delaware limited
16  liability corporation; FLEET VENTURE
17  RESOURCES, INC., a Rhode Island corporation;
    NAUTIC PARTNERS, LLC, a Delaware
18  Corporation; CHISHOLM MANAGEMENT IV,
19  L.P., a Delaware limited partnership; E4E, INC., a
    Delaware Corporation; SOMSHANKAR DAS, an
20  individual; MURRALI RANGARAJAN, an
21  individual; GEOFF SMYTH, an individual, and
    DOES 1-1000, inclusive,

22              Defendants.

23  _____

Case No. 1:06-BK-10733-GM
Chapter 7
Adv. No. 1:09-AP-1101-GM

**NOTICE OF APPEAL**

[F.R.B.P. 8001, 8002]

[No Hearing Required]

24

25

26

27

28

**Counsel for Somshankar Das**
Peter C. Bronson, Esq.
Law Offices of Peter C. Bronson, APC
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 444-1110

**Counsel for Murrali Rangarajan**
Peter C. Bronson, Esq.
Law Offices of Peter C. Bronson, APC
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 444-1110

**Counsel for Geoff Smyth**
Peter C. Bronson, Esq.
Law Offices of Peter C. Bronson, APC
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: (916) 444-1110

**Counsel for Dolores Ross**
Jerry L. Kay
Mark L. Share
DeCastro West Chodorow Glickfeld & Nass, Inc.
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024
Telephone: (310) 478-2541

1   Defendants Nautic Partners, LLC, Chisholm Partners IV, LP, Fleet Equity Partners VI, LP,

2   Fleet Venture Resources, Inc., Kennedy Plaza Partners II, LLC and Scott Hilinski (collectively, the

3   "Nautic Parties"), appeal under 28 U.S.C. § 158(a)(1) from the Order entered by the Court on June 16,

4   2009 remanding the above-entitled adversary proceeding to state court pursuant to 28 U.S.C. § 1452(b)

5   and/or 28 U.S.C. § 1334, and Federal Rule of Bankruptcy Procedure 9027 (hereinafter, "Order"). Fed.

6   R. Bankr. P. 8001, 8002.

7   A true and correct copy of the Order is attached hereto as Exhibit "1".

8   The names of all parties on the Order appealed from, and the names, addresses, and telephone

9   numbers of their respective attorneys are as follows:

10   **Counsel for Midcoast Care, Inc.**
11   John J. Mendoza
    THE LAW OFFICES OF WILLIAM A. OKERBLOM
12   800 S. Broadway St., Suite 203
    Santa Maria, CA 93454
13   Telephone: (805) 478-6570

14   **Counsel for e4e, Inc.**
15   Peter C. Bronson, Esq.
    Law Offices of Peter C. Bronson, APC
16   400 Capitol Mall, 11th Floor
    Sacramento, CA 95814
17   Telephone: (916) 444-1110

18   **Counsel for Brian Sato**
19   Mark T. Hiraide, Esq.
    PETILLON & HIRAIDE, LLP
20   21515 Hawthorne Blvd., Suite 1260
    Torrance, CA 90503
21   Telephone: (310) 543-0500

22   **Counsel for Michael Alper**
    Howard I. Camhi
23   ERVIN COHEN & JESSUP LLP
    9401 Wilshire Blvd., 9th Floor
24   Beverly Hills, CA 90212
    Telephone: (310) 273-6333
25

26

27

28

1

2   ***In Pro Per Defendant Barbara Cheever***
    Barbara Cheever
    426 Barcellus Avenue, Suite 203
3   Santa Maria, CA 93454
    &
4   Roger M. Hubbard
    426 Barcellus Ave, Suite 303
5   Santa Maria, CA 93454
    Telephone:  (805) 925-3012 or (805) 928-5751
6

7

8   DATED: June ___, 2009          **DLA PIPER LLP (US)**

9
                                   /s/
10                                 _____
                                   JOSHUA BRIONES
11                                 *Attorneys for Defendants Nautic Partners, LLC, Chisholm*
                                   *Partners IV, L.P., Chisholm Management IV, L.P., Fleet*
12                                 *Equity Partners VI, LP, Kennedy Plaza Partners II, LLC*
                                   *and Fleet Venture Resources, Inc.*

13  DATED: June ___, 2009          **NUTTER, McCLENNAN & FISH**

14
                                   **BIRD, MARELLA, BOXER, WOLPERT,**
15                                 **NESSIM, DROOKS & LINCENBERG, P.C.**

16
                                   John K. Rubiner /with permission/
17                                 _____
                                   GARY S. LINCENBERG
18                                 JOHN K. RUBINER
                                   Attorneys for Defendant Scott Hilinski
19

20

21

22

23

24

25

26

27

28

WEST\21729556.1                    3

EXHIBIT 1



WILLIAM A. OKERBLOM   (SBN 236053)
JOHN J. MENDOZA (SBN 177591)
THE LAW OFFICES OF WILLIAM A. OKERBLOM
800 S. Broadway St., Suite 203
Santa Maria, CA 93454
(805) 478-6570
FAX (866) 317-4919

Attorneys for Adversary Defendant MIDCOAST CARE, INC.

FILED
JUN 16 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

Original

REGISTERED
JUN 16 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In Re:

MERIDIAN HEALTH CARE MANAGEMENT, INC.,

                          Debtor.

MICHAEL ALPER

                          Plaintiff,

v.

MIDCOAST CARE, INC., a California Corporation; DOLORES ROSS, an individual; DANIEL MUNOZ, an individual; KAREN CALLOWAY, an individual; SCOTT HILINSKI. an individual; CHISHOLM PARTNERS IV, LP, a Delaware limited partnership; FLEET EQUITY PARTNERS VI, I.P, a Delaware limited partnership; KENNEDY PLAZA PARTNERS II, LLC, a Delaware limited liability corporation; FLEET VENTURE RESOURCES, INC, a Rhode Island corporation; NAUTIC PARTNERS, LLC, a Delaware Corporation; E4E, INC, a Delaware Corporation headquartered in California; CHISHOLM MANAGEMENT IV, L.P, a Delaware corporation; SONSHANK DAS, an individual; MURRALI RANGARAJAN, an individual; GEOFF SMYTH, an individual; and DOES 1-1000, inclusive,

                          Defendants.

Case No. 1:06-bk-10733-GM

Chapter 7

Adv. No. 09-01101

[PROPOSED] ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE COURT ACTION TO STATE COURT

- 1 -

[PROPOSED] ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE COURT ACTION
TO STATE COURT

EXHIBIT 1
PAGE 4

1        Midcoast Care, Inc. having brought its *Motion to Abstain from Hearing Adversary*

2   *Proceeding under 28 U.S.C. § 1334(c)(2) [Mandatory Abstention]; or in the Alternative, to*

3   *Abstain from Hearing Adversary Proceeding  Under 28 U.S.C. § 1334(c)(1) [Discretionary*

4   *Abstention]; Request for Remand; and Demand for Jury Trial* (Hereinafter "Motion"), moving

5   this Court to send removed action back to California Superior Court, and said Motion having

6   been heard by the Court on May 27, 2009, and the Court having considered the pleadings and

7   oral argument of all parties appearing at said hearing, and for the reasons stated on the record by

8   the Court at the conclusion of the hearing on Motion held May 27, 2009,

9        IT IS HEREBY ORDERED THAT Midcoast's Motion is GRANTED, and the Court

10  abstains and remands the removed state court lawsuit, Case No. 1273644 (known in Bankruptcy

11  Court as Adversary Proceeding No. 09-01101 (related to 1:06-bk-10733-GM), back to the

12  Superior Court of California, County of Santa Barbara, Cook Division, located at 312-C East

13  Cook Street, Santa Maria, CA  93456-5369, from which it was removed.

14

15  Dated:    JUN 16 2009

16           _____, 2009

                          GERALDINE MUND

                          U.S. BANKRUPTCY JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

EXHIBIT 1
PAGE 5

| | |
|---|---|
| In re: **Meridian Health Care Management, Inc.**<br>(Re: **Michael Alper v. Midcoast et al, (Adv. No. 09-01101)**)<br><br>Debtor(s). | **CHAPTER:** 7<br><br>**CASE NUMBER:** 1:06-bk-10733-GM |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below:  The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO ABSTAIN AND REMAND MIDCOAST'S STATE ACTION TO STATE COURT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  June 1, 2009                    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

| *Attorneys for Meridian Health Care Mgmt. Inc. (Debtor)* | *Attorneys for Midcoast Care, Inc. (Movant)* | *Attorneys for Michael Alper (Opposition)* |
|---|---|---|
| Pachulski Stang Ziehl Young Jones & Weintraub, LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | William A. Okerblom<br>LAW OFFICE WILLIAM OKERBLOM<br>800 S. Broadway St., Suite 203<br>Santa Maria, CA 93454 | Howard I. Camhi<br>ERVIN COHEN & JESSUP, LLP<br>4901 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

EXHIBIT  1
PAGE  6

| | |
|---|---|
| In re: **Meridian Health Care Management, Inc.**<br>**(Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101)**<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 1:06-bk-10733-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

_U.S. Bankruptcy Court_
Hon. Geraldine Mund
United States Bankruptcy Judge
U.S. Bankruptcy Court
21041 Burbank Blvd.
Woodland Hills, CA 91367

_U.S. Trustee_
Office of the U.S. Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

_Chapter 7 Trustee_
David R. Hagen, Trustee
Merritt & Hagen
6320 Canoga Ave., #1400
Woodland Hills, CA 91367

_Attorneys for David R. Hagen, Trustee_
Steven Gubner/Barak Vaughn/Richard
Burstein
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard St., #500
Woodland Hills, CA 91367

_Attorneys for Dolores Ross_
Jerry L. Kay
DeCASTRO WEST CHODOROW
GLICKFELD & NASS, INC.
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

_Attorneys for E4E, Inc._
Peter Bronson
Law Offices of Peter C. Bronson
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

_Attorneys for Scott Hilinski_
Jonathan Kotlier
NUTTER McCLELLEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

_Attorneys for Scott Hilinski_
Gary Lincenberg/John Rubiner
BIRD MARELLA BOXER WOLPERT
NESSIN DROOKS & LINCENBERG
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

_January 2009_

**F 9021-1.1**

EXHIBIT ____
PAGE ____

| | |
|---|---|
| In re: **Meridian Health Care Management, Inc.** <br> (Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101) <br><br> Debtor(s). | CHAPTER: 7 <br><br> CASE NUMBER: 1:06-bk-10733-GM |

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management;  Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
<u>*Kennedy Plaza Partners II, LLC*</u>
Joshua Briones/Ana Tagvoryan
DLA PIPER LLP ·
1999 Avenue of the Stars, #400
Los Angeles, CA 90067

<u>*Attorneys for Barbara Cheever*</u>
Roger M. Hubbard
Law Offices of Roger M. Hubbard
426 Barcelius Ave., No. 303
Santa Maria, CA 93454

<u>*Attorneys for Northridge Medical Group*</u>
Uzzell S. Branson, III, Esq.
LAW OFFICES OF UZZELL S.
BRANSON, III
225 South Lake Ave, Suite 1400
Pasadena, CA 91101

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management;  Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
<u>*Kennedy Plaza Partners II, LLC*</u>
Mark Nadeau/Laura Kam
DLA PIPER LLP
2415 E. Camelback Rd. #700
Phoenix, AZ 85016

<u>*Attorneys for Brian Sato*</u>
Mark T. Hiraide
PETILLON & HIRAIDE LLP
21515 Hawthorne Blvd. #1260
Torrance, CA 90503

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                      F 9021-1.1

EXHIBIT  I
PAGE  ℬ

| In re:<br>**MERIDIAN HEALTHCARE MANAGEMENT, INC.** | Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:06-1733-GM<br>ADV. NO: 1:09-AP-1101-GM |
|---|---|---|

| | |
|---|---|
| *U.S. Trustee*<br>United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>(By Overnight Mail) | *Chapter 7 Trustee*<br>David R. Hagen<br>drh@forbankruptcy.com<br>MERRITT & HAGEN<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367<br>(By Overnight Mail) |
| *Counsel for Michael Alper*<br>Howard I. Camhi<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212<br>(By Overnight Mail) | *Counsel for Brian Sato*<br>Mark T. Hiraide, Esq.<br>mhiraide@phlcorplaw.com<br>PETILLON & HIRAIDE, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503<br>(By Overnight Mail) |
| *Counsel for e4e, Inc., Geoff Smyth, Murrali Ranarajan, Sumshanker Das*<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br>(By Overnight ) | *Counsel for Dolores Ross*<br>Jerry L. Kay<br>Mark L. Share<br>DeCastro West Chodorow Glickfeld & Nass, Inc.<br>10960 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br>(By Overnight Mail) |
| *Counsel for Northridge Medical Group, Inc. and Family/Seniors Medical Group.*<br>Uzzell S. Branson III, Esq.<br>usb3@usblaw.com<br>LAW OFFICES OF UZZELL S. BRANSON III<br>225 South Lake Avenue<br>Suite 1400<br>Pasadena, CA 91101<br>**(By Overnight Mail)** | *Counsel for Midcoast Care, Inc.*<br>John J. Mendoza<br>drlaw07@aol.com<br>THE LAW OFFICES OF WILLIAM A. OKERBLOM<br>800 S Broadway St., Suite 203<br>Santa Maria, CA 93454<br>(By Overnight Mail) |
| *In Pro Per Defendant*<br>Barbara Cheever<br>426 Barcellus Avenue, Suite 203<br>Santa Maria, CA 93454<br>**(By Overnight Mail)** | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>MERIDIAN HEALTHCARE MANAGEMENT, INC. | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 1:06-1733-GM<br>ADV. NO: 1:09-AP-1101-GM |

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 24, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Geraldine Mund
United States Bankruptcy Court
Central District of California
21041 Burbank Blvd., Room 303
Woodland Hills, CA 91367-6603

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2009 | Robbyn James | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     **F 9013-3.1**

FILED

JUN 29 2009

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: MERIDIAN HEALTH CARE MANAGEMENT, INC.<br><br>                                Debtor(s). | CASE NO:  06-10733-GM<br><br>ADVERSARY NO: 09-01101-GM |
| MICHAEL ALPER,<br>                          Plaintiff(s),<br>      vs.<br><br>MIDCOAST CARE, INC., a California corporation; DOLORES ROSS, an individual; BARBARA CHEEVER, an individual; DANIEL MUNOZ, an individual; KAREN CALLOWAY, an individual; SCOTT HILINSKI, an individual; CHISHOLM PARTNERS IV, L.P., a Delaware corporation; FLEET EQUITY PARTNERS VI, L.P., a Delaware limited partnership; KENNEDY PLAZA PARTNERS II, LLC, a Delaware limited liability corporation; FLEET VENTURE RESOURCES, INC., a Rhode Island corporation; NAUTIC PARTNERS, LLC, a Delaware Corporation; CHISHOLM MANAGEMENT IV, L.P a Delaware limited partnership; E4E, INC., a Delaware Corporation; SOMSHANKAR DAS, an individual; MURRALI RANGARAJAN, an individual; GEOFF SMYTH, an individual, and DOES 1-1000, inclusive,                          Defendant(s). | **NOTICE OF REFERRAL OF APPEAL**<br><br>Notice of Appeal Filed:  6/24/2009<br>Notice of Cross-Appeal Filed:<br>Bankruptcy Filed: 5/16/2006 |

TO:    **ALL PARTIES IN INTEREST, AND**
         **[X] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT,  OR**
         **[ ] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

         YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

☐    Motion for Leave to Appeal

☐    Answer in Opposition to Motion for Leave to Appeal

X    Notice of _√_ Appeal _____Cross-Appeal

☐    Appellant's Statement of Election to Transfer Appeal to District Court

☐    Other    Appeal Deficiency Notice

         By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

DATED:___6/29/2009_____

                                        JON D. CERETTO
                                        Clerk of Court

                                        By: _____
                                             Deputy Clerk

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

    X      AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)

    ☐      ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED:___6/29/09_____

                                   JON D. CERETTO
                                   Clerk of Court

                                   By:
                                   Deputy Clerk

## NOTICE OF REFERRAL OF APPEAL  (Adversary)

APPEALS : NTC-REF.ADV (7/96)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

**X**     **NOTICE OF REFERRAL OF APPEAL**

☐     **CERTIFICATE OF READINESS AND COMPLETION OF RECORD**

**CASE NO:** _SV06-10733GM_     **ADVERSARY NO:** _05-01101-GM_

**[ X ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT**
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

**[ ] U. S. DISTRICT COURT**
Central Dist. of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

**[ ] U. S. DISTRICT COURT**
Central Dist. of California, Southern Division
U. S. Courthouse, Room 101
751 West Santa Ana Blvd.
Santa Ana, CA 92701-4025

**[X]** Peter Anderson
OFFICE OF THE U. S. TRUSTEE
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

**[ ]** Arthur Marquis
OFFICE OF THE U. S. TRUSTEE
600 W. Santa Ana Blvd., Suite 501
Santa Ana, CA 92701-4025

**INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:**

JOSHUA M. BRIONES
ANA TAGVORYAN
DLA PIPER LLP
1999 AVENUE OF THE STARS, STE 400
LOS ANGELES, CA 90067-6023

MARK A NADEAU
LAURA M KAM
CAMILLA BUTLER
DLA PIPER LLP
2525 EAST CAMELBACK ROAD, STE 1000
PHOENIX, AZ 85016-4232

JONATHAN L. KOTLIER
NUTTER MCCLENNEN & FISH
WORLD TRADE CENTER WEST,
1555 SEAPORT BLVD
BOSTON, MA 02210

GARY LINCENBERG
JOHN K RUBINER
BIRD, MARELLA, BOXER, ET AL
1875 CENTURY PARK EAST, 23RD FL
LOS ANGELES, CA 90067

SEE ATTACHED

In re: **Meridian Health Care Management, Inc.**
(Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101)

CHAPTER: 7

Debtor(s).

CASE NUMBER: 1:06-bk-10733-GM

ADDITIONAL SERVICE INFORMATION (if needed):

*Chapter 7 Trustee*
David R. Hagen, Trustee
Merritt & Hagen
6320 Canoga Ave., #1400
Woodland Hills, CA 91367

*Attorneys for David R. Hagen, Trustee*
Steven Gubner/Barak Vaughn/Richard Burstein
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard St., #500
Woodland Hills, CA 91367

*Attorneys for Dolores Ross*
Jerry L. Kay
DeCASTRO WEST CHODOROW
GLICKFELD & NASS, INC.
10960 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

*Attorneys for E4E, Inc.*
Peter Bronson
Law Offices of Peter C. Bronson
400 Capitol Mall, 11th Floor
Sacramento, CA 95814

*Attorneys for Scott Hilinski*
Jonathan Kotlier
NUTTER McCLELLEN & FISH
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

*Attorneys for Scott Hilinski*
Gary Lincenberg/John Rubiner
BIRD MARELLA BOXER WOLPERT
NESSIN DROOKS & LINCENBERG
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

EXHIBIT 1
PAGE 7

| | |
|---|---|
| In re: **Meridian Health Care Management, Inc.**<br>(Re: Michael Alper v. Midcoast et al, (Adv. No. 09-01101)<br><br>Debtor(s). | CHAPTER: **7**<br><br>CASE NUMBER: **1:06-bk-10733-GM** |

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management; Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
*Kennedy Plaza Partners II, LLC*
Joshua Briones/Ana Tagvoryan
DLA PIPER LLP ·
1999 Avenue of the Stars, #400
Los Angeles, CA 90067

*Attorneys for Nautic Partners, LLC;*
*Chisholm Partners IV, L.P.; Chisolm*
*Management; Fleet Equity Partners*
*VI; L.P.; Fleet Venture Resources, Inc;*
*Kennedy Plaza Partners II, LLC*
Mark Nadeau/Laura Kam
DLA PIPER LLP
2415 E. Camelback Rd. #700
Phoenix, AZ 85016

*Attorneys for Barbara Cheever*
Roger M. Hubbard
Law Offices of Roger M. Hubbard
426 Barcellus Ave., No. 303
Santa Maria, CA 93454

*Attorneys for Brian Sato*
Mark T. Hiraide
PETILLON & HIRAIDE LLP
21515 Hawthorne Blvd. #1260
Torrance, CA 90503

*Attorneys for Northridge Medical Group*
Uzzell S. Branson, III, Esq.
LAW OFFICES OF UZZELL S.
BRANSON, III
225 South Lake Ave, Suite 1400
Pasadena, CA 91101

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

EXHIBIT 1
PAGE 8

| In re:<br>**MERIDIAN HEALTHCARE MANAGEMENT, INC.** | Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:06-1733-GM<br>ADV. NO: 1:09-AP-1101-GM |
|---|---|---|

| | |
|---|---|
| *U.S. Trustee*<br>United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>(By Overnight Mail) | *Chapter 7 Trustee*<br>David R. Hagen<br>drh@forbankruptcy.com<br>MERRITT & HAGEN<br>6320 Canoga Ave., Suite 1400<br>Woodland Hills, CA 91367<br>(By Overnight Mail) |
| *Counsel for Michael Alper*<br>Howard I. Camhi<br>ERVIN COHEN & JESSUP LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212<br>(By Overnight Mail) | *Counsel for Brian Sato*<br>Mark T. Hiraide, Esq.<br>mhiraide@phlcorplaw.com<br>PETILLON & HIRAIDE, LLP<br>21515 Hawthorne Blvd., Suite 1260<br>Torrance, CA 90503<br>(By Overnight Mail) |
| *Counsel for e4e, Inc., Geoff Smyth, Murrali*<br>*Ranarajan, Sumshanker Das*<br>Peter C. Bronson, Esq.<br>Law Offices of Peter C. Bronson, APC<br>400 Capitol Mall, 11th Floor<br>Sacramento, CA 95814<br>(By Overnight ) | *Counsel for Dolores Ross*<br>Jerry L. Kay<br>Mark L. Share<br>DeCastro West Chodorow Glickfeld & Nass, Inc.<br>10960 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90024<br>(By Overnight Mail) |
| *Counsel for Northridge Medical Group, Inc. and*<br>*Family/Seniors Medical Group.*<br>Uzzell S. Branson III, Esq.<br>usb3@usblaw.com<br>LAW OFFICES OF UZZELL S. BRANSON III<br>225 South Lake Avenue<br>Suite 1400<br>Pasadena, CA 91101<br>**(By Overnight Mail)** | *Counsel for Midcoast Care, Inc.*<br>John J. Mendoza<br>drlaw07@aol.com<br>THE LAW OFFICES OF WILLIAM A.<br>OKERBLOM<br>800 S. Broadway St., Suite 203<br>Santa Maria, CA 93454<br>(By Overnight Mail) |
| *In Pro Per Defendant*<br>Barbara Cheever<br>426 Barcellus Avenue, Suite 203<br>Santa Maria, CA 93454<br>**(By Overnight Mail)** | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**